United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13672-amc
Jeanne M King                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 12, 2019
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db             +Jeanne M King,    1100 Vine Street, Apt. 1009,    Philadelphia, PA 19107-1738

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Jeanne M King dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                      TOTAL: 4

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                              : Chapter 13


     Jeanne M King                       : Case No. 19-13672-AMC
     xxx-xx-8379


           Debtor


                ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
                      FOR REMITTANCE TO STANDING TRUSTEE

  TO THE DEBTORS EMPLOYER:

     The future earnings of the above named debtor are subject to the
  continuing supervision and control of the Court for the purpose of
  enforcing and carrying out the debtor's plan.

     IT IS THEREFORE ORDERED that the employer of the debtor shall
  deduct from the wages of the debtor, beginning with the next pay
  period after receipt of the Order the sum of

                       $200.00 EVERY TWO WEEKS.

     The employer shall continue these deductions until further Order
  of this Court and shall remit all monies withheld from the Debtor's
  wages at least monthly, or more frequently to the Standing Trustee whose
  name and address appear below
```

DATED: **June 12, 2019**

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:           David M. Offen Esq.
William C. Miller, Trustee         Suite 160 West, Curtis Ctr.
P.O. Box 1799                      Philadelphia, PA 19106
Memphis, TN  38101-1799            (215) 625-9600

Payroll Controller
Dept. of Veterans Affairs
5000 Wissahickon Avenue
Philadelphia, PA 19144