Certificate Number: 12433-PAE-DE-033063324

Bankruptcy Case Number: 19-13672



12433-PAE-DE-033063324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 4, 2019, at 7:05 o'clock PM EDT, Jeanne M. King completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 5, 2019                By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher