IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Jeanne M. King ) <br> Debtor ) <br> ) <br> ) | Chapter 13 <br><br> No. 19-13672-AMC |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and Reimbursement of Expenses and respectfully request that the Order attached to the Application be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor
                                            160 West - The Curtis Center
                                            601 Walnut Street
                                            Philadelphia, PA 19106
                                            215-625-9600

Date:9/3/19