United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13672-mdc
Jeanne M King                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                      Page 1 of 2
Date Rcvd: Feb 29, 2024                    Form ID: 234                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2024:**

**Recip ID              Recipient Name and Address**
db                 +  Jeanne M King, 1100 Vine Street, Apt. 1009, Philadelphia, PA 19107-1738

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 29, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

DAVID M. OFFEN
                 on behalf of Debtor Jeanne M King dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
                 ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                 on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
                 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                 on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
                 USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2

Date Rcvd: Feb 29, 2024

TOTAL: 6

User: admin

Form ID: 234

Page 2 of 2

Total Noticed: 1

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Jeanne M King

              Debtor(s)                                     Case No:19−13672−mdc

                                                              Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:


  1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.


  2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**


3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**



                                                 For The Court



                                               Timothy McGrath,
                                               Clerk of Court

Date: 2/29/24