United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13672-mdc |
| Jeanne M King | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 04, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeanne M King, 1100 Vine Street, Apt. 1009, Philadelphia, PA 19107-1738 |
| 14338106 | | Hahnemann Multi-Specialty Svcs., P.O. Box 827965, Philadelphia, PA 19182-7965 |
| 14342225 | + | Quicken Loans, c/o Rebecca A. Solarz Esquire, KML Law Group P.C., 701 Market Street ste 5000, Philadelphia Pa 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2024 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2024 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14357918 | | Email/PDF: bncnotices@becket-lee.com | Mar 05 2024 00:14:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14338099 | + | Email/PDF: bncnotices@becket-lee.com | Mar 05 2024 00:29:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14338100 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2024 00:08:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14338101 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2024 00:08:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14338102 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2024 00:15:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14343646 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 05 2024 00:27:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14338104 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2024 00:29:04 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14338105 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 05 2024 00:08:00 | Freedom Plus, Attn: Bankruptcy, 1875 S Grant St, Ste 450, San Mateo, CA 94402 |
| 14338103 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2024 00:14:38 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14356997 | + | Email/Text: RASEBN@raslg.com | Mar 05 2024 00:08:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14360991 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2024 00:15:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14338108 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2024 00:08:00 | PNC Bank, Attn: Bankruptcy Department, Po Box |

Case 19-13672-mdc  Doc 41  Filed 03/06/24  Entered 03/07/24 00:33:00  Desc Imaged
Certificate of Notice  Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 04, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14369876 |  | Email/Text: Bankruptcy.Notices@pnc.com | Mar 05 2024 00:08:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14374306 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 05 2024 00:15:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14338107 | ^ | MEBN | Mar 05 2024 00:00:31 | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14338109 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 05 2024 00:09:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14346247 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 05 2024 00:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024               Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2024 at the address(es) listed below:**

**Name**          **Email Address**

DAVID M. OFFEN
on behalf of Debtor Jeanne M King dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. CRONIN
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

MARK A. CRONIN
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jeanne M King

    Debtor(s)

Case No: 19−13672−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/4/24