**Fill in this information to identify the case:**

Debtor 1   Jeanne M. King

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   19-13672 AMC

Official Form 410S1

# Notice of Mortgage Payment Change                                                        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Quicken Loans Inc.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 4380

**Date of payment change:**
Must be at least 21 days after date of this notice           12/01/2019

**New total payment:**           $1,095.54
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $315.75          **New escrow payment:** $314.11

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____   **New principal and interest payment:** $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____          **New mortgage payment:** $_____

| Debtor(s) | Jeanne M. King | Case number (*if known*) 19-13672 AMC |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❏ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz                Date   10/17/2019
Signature

Print:     Rebecca A. Solarz                    Title   Attorney for Creditor
           First Name    Middle Name    Last Name

Company:   KML Law Group, P.C.

Address:   701        Market Street, Suite 5000
           Number     Street
           Philadelphia,              PA    19106
           City                       State  ZIP Code

Contact phone  (215) 627–1322    Email  RSolarz@kmllawgroup.com